UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-7805 PA (MAAx) | Date | April 18, 2023 |
|---|---|---|---|
| Title | Medversant Technologies, LLC v. HHS Technology Group, LLC | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Seuleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     IN CHAMBERS

On April 5, 2023, the Court ordered defendant HHS Technology Group, LLC ("Defendant") file a Declaration identifying its members and their citizenship, and for any member that is itself a limited liability company, its members and their citizenship, to whatever level is necessary to establish the citizenship of Defendant. According to the Declaration filed by Defendant in response to that Order, the citizenship of Plaintiff Medversant Technologies, LLC ("Plaintiff") is not diverse from Defendant. The Court orders the parties to meet and confer regarding their citizenship and the Court's subject matter jurisdiction over the action by no later than Friday, April 21, 2023. Plaintiff is ordered to show cause in writing why this action should not be dismissed without prejudice for lack of subject matter jurisdiction. Plaintiff's Response to the Order to Show Cause shall be filed by no later than Tuesday, April 25, 2023, at 12:00 p.m. A dismissal of the action without prejudice filed by that date and time shall be deemed a sufficient response to the Order to Show Cause.

IT IS SO ORDERED.